UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KAREN E. HARRIS,

    Plaintiff,

vs.                                            Case No. 3:07-cv-748-J-25MCR

MICHAEL J. ASTRUE, Commissioner of the
Social Security Administration,

    Defendant.

_____/

## **SCHEDULING ORDER**

1. Plaintiff shall file a memorandum of law in support of the Complaint no later than **December 17, 2007**.

2. The Commissioner shall file a responsive memorandum of law within sixty (60) days of the service of Plaintiff's memorandum of law or by **February 15, 2008**, whichever is earlier.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida on this  19th  day of October, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record